FILED'09 MAY 15 17:45 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY CARSON, | ) | CV 08-3077-PA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JACKSON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On May 11, 2009, Magistrate Judge Clarke filed his Report and Recommendation (docket # 15), which recommended dismissal of the state law negligence claim against Jackson County, Connie Helm, and Elizabeth Jacobsen because Plaintiff Randy Carson voluntarily abandoned his 42 U.S.C. § 1983 allegations, thereby defeating any supplemental federal jurisdiction. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)·(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of

1 - ORDER

its obligation . . . to decide for itself whether the Magistrate's report is correct"). I find no error.

### Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 1<u>5</u>) is adopted. The state claims against Jackson County, Connie Helm, and Elizabeth Jacobsen are dismissed, without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED this ___ day of May, 2009.

Owen M. Panner
United States District Judge

2 - ORDER